UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING
  Plaintiff

- against -                                                     CIVIL NO. 303CV1043 SRU

CYNTHIA TRAYNER
  Defendant

                                                                OCTOBER 14, 2003

------------------------------------------------------------X

### MOTION FOR JUDGMENT OF STRICT FORECLOSURE

Following the default entered September 23, 2003 by the court, the Plaintiff, K.L.C., INC., KEYSTONE LEASING, respectfully moves that a judgment of strict foreclosure enter. Attached to this motion are the Plaintiff's:

- Affidavit of Debt;
- Affidavit of Attorney's Fees; and
- Appraisal report and affidavit of appraiser.

A law day thirty days from the granting of this motion is sought. Further, the Plaintiff seeks an order finding that the debt, attorney's fees and property value consistent with the above affidavits.

THE PLAINTIFF

By_____
Christopher G. Winans, Esquire
P.O. Box 2809   ct 02254
Danbury, CT 06813-2809
Tel: 203.748.4888
Juris No. 306545

## CERTIFICATION

I certify that a copy of the above was mailed October 14, 2003, to all counsel and pro se parties of record:

Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT 06255

By_____
Christopher G. Winans