UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING
    Plaintiff

- against -       CIVIL NO. 303CV1043 SRU

CYNTHIA TRAYNER
    Defendant

    AUGUST 15, 2003

---------------------------------------------------------X

## AFFIDAVIT OF APPRAISER

STATE OF CONNECTICUT
                  SS:   THOMPSON
COUNTY OF WINDHAM

I solemnly swear and affirm that the matters contained in the attached appraisal report are the truth, the whole truth and nothing but the truth regarding the premises known as:

        13 WESTSIDE DRIVE, UNIT #94
        THOMPSON, CONNECTICUT 06277

Appraised Value Date:       August 7, 2003

Appraised Value:       $ 155,000

Usage:       residential condominium

I further swear and affirm that I am licensed as a real estate appraiser by the State of Connecticut.

State Certification No.   RCG-769 CT.
Address: 423 Riverside Drive, Thompson, CT 06277
Fee Request:   $300.00

SULLIVAN, BIRAGLIA, WINANS & EBERHARD
24 SHELTER ROCK ROAD
DANBURY, CT 06810
(203) 798-1000/JURIS #413705

Dated at Thompson, Connecticut this ___15d___ day of August, 2003.

*Valerie Sandberg* (signature)

Subscribed and sworn to before me this ___15d___ day of August, 2003.

*Cheryl T. Darling* (signature)
Notary Public

CHERYL T. DARLING
Notary Public
My Commission Expires April 30, 2008

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion, together with a copy of the Appraisal was mailed this ___14th___ day of ___October___, 2003, to:

Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT 06255

By_____
Christopher G. Winans

SULLIVAN, BIRAGLIA, WINANS & EBERHARD
24 SHELTER ROCK ROAD
DANBURY, CT 06810
(203) 798-1000/Juris #413705