

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

------------------------------X
:
K.L.C., INC., KEYSTONE LEASING :
Plaintiff :
:
- against - :  CIVIL NO. 303CV1043 SRU
:
CYNTHIA TRAYNER :
Defendant :  AUGUST 5, 2003
:
------------------------------X

### AFFIDAVIT OF DEBT

STATE OF OREGON :
: ss. Portland
COUNTY OF MULTNOMAH :

Personally appeared Steve Adams of the City of Portland, County of Multnomah and State of Connecticut, who being duly sworn, deposes and says:

1. That I am an employee and Litigation Coordinator of the Plaintiff in the above-entitled action, and as such, I am familiar with the accounts of the Plaintiff, including the account of the Defendant, CYNTHIA TRAYNER.

2. That I have read over the Complaint in the foregoing action and know of my own personal knowledge that all of the facts contained therein are true and correct.

3.  That there is now due the Plaintiff herein the following:

| | |
|---|---|
| Post Judgment Debt | $100,068.47 |
| Attorneys Fees awarded by court | 1,220.00 |
| Costs awarded by court | 339.98 |
| Total Judgment Debt | $101,628.45 |
| Plus post judgment interest from 3/31/2003 through 8/8/02003 @ 10% on post judgment debt 131 days @ $27.42/day | $ 3,592.02 |
| Less payments made of | $ 350.00 |

**TOTAL POST JUDGMENT DEBT AS OF 8/8/2003**    $104,870.47

Dated at Portland, Oregon, this 5TH day of August, 2003.

_____
Steve Adams, Litigation Specialist

Subscribed and sworn to before me this 5th day of August, 2003.

OFFICIAL SEAL
PATRICIA A. CURRY
NOTARY PUBLIC-OREGON
COMMISSION NO. 340215
MY COMMISSION EXPIRES NOV. 8, 2004

_____
Notary Public

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed this 14th day of October, 2003, to all counsel and pro se parties of record and to the following party:

Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT 06255

By_____
Christopher G. Winans