FILED

2003 SEP 29 P 12: 31

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
:
K.L.C., INC., KEYSTONE LEASING          :
    Plaintiff                :
:
- against -                             :   CIVIL NO. 303CV1043 SRU
:
CYNTHIA TRAYNER                         :
    Defendant                :
:   SEPTEMBER 26, 2003
-----------------------------------------------------------X

### MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiff, K.L.C. INC., KEYSTONE LEASING, moves that a default enter against the Defendant, CYNTHIA TRAYNER, for her failure to plead within the time prescribed.

Accordingly, the Plaintiff moves that a default enter.

THE PLAINTIFF

By _____
Christopher G. Winans, Esquire
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

10/27/03. DENIED as moot. See endorsement entered on 9/23/03 on Document #5 granting Motion for Entry of Default.

KEVIN F. ROWE, CLERK

By _____ Deputy Clerk