FILED

2003 OCT 28 P 12: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>   Plaintiff | : <br> : <br> : CIVIL NO. 303CV1043  SRU |
| vs. | : |
| CYNTHIA TRAYNER<br>   Defendant | : <br> : <br> : OCTOBER 27, 2003 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the Appearance of Mark E. Block of O'Brien, Shafner, Stuart, Kelly & Morris, 138 Main Street, Norwich, Connecticut, as counsel for the Defendant, Cynthia Trayner.

Dated at Norwich, Connecticut this 27th day of October, 2003.

THE DEFENDANT

By_____
Mark E. Block for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 06557

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 27th day of October, 2003 to the following:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT 06813-2809

By_____
Mark E. Block for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 06557

F:\USERS\BEH\Trayner\KeystoneLeasing\Appearance.wpd