UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>    Plaintiff<br><br>vs.<br><br>CYNTHIA TRAYNER<br>    Defendant | :<br>:<br>:    CIVIL NO. 303CV1043 SRU<br>:<br>:<br>:<br>:<br>:    OCTOBER 28, 2003 |

## MOTION TO SET ASIDE DEFAULT

The Defendant, Cynthia Trayner, moves this honorable court to set aside the default entered against her on September 23, 2003 and permit her to respond to the Plaintiff's complaint, including a motion to stay these proceedings.

Good Cause, within the meaning of Rule 55(c) of the Federal Rules of Civil Procedure exists for the setting aside of the default in this action as more fully set forth in the supporting Memorandum of Law and Affidavit of Cynthia Trayner.

                                                  THE DEFENDANT

                                                  By_____
                                                  Mark E. Block for O'Brien, Shafner,
                                                  Stuart, Kelly & Morris, P.C.
                                                  ct 06557

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this _____ day of October, 2003 to the following:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT  06813-2809

By_____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557

F:\USERS\BEH\Trayner\KeystoneLeasing\Motion Set Aside Default.wpd