```
                                              FILED

                                          2003 OCT 30  P 12: 23

           UNITED STATES DISTRICT COURT  US DISTRICT COURT
                 DISTRICT OF CONNECTICUT   BRIDGEPORT CT
```

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>Plaintiff | |
| vs. | CIVIL NO. 303CV1043 SRU |
| CYNTHIA TRAYNER<br>Defendant | |
| | OCTOBER 27, 2003 |

### AFFIDAVIT IN SUPPORT OF MOTION TO REOPEN DEFAULT

I, Cynthia Trayner, being duly sworn, depose and say:

1. I am over the age of eighteen (18) and believe in the obligations of an oath.

2. I am the named Defendant in the above entitled action, and am the owner of the premises sought to be foreclosed.

3. Prior to commencing this foreclosure action, I was a named defendant in an action entitled <u>K.L.C., Inc., Keystone Leasing vs. Trayner Transport, et.als.</u>, which case was commenced by this same plaintiff in the Superior Court for the State of Connecticut, Judicial District of Hartford, Case No. CV 02 0820175S ("State Case")

4. Judgment was entered in the State Case in the amount of $101,628.45 and on or about June 27, 2003, I received a notice from Keystone's counsel that I was ordered to make weekly payments of $35.00 on said judgment beginning June 17, 2003. A copy of said notice is attached as Exhibit A.

5. I commenced making weekly payments pursuant to the court order and have continued to make weekly payments.

6. On June 13, 2003, roughly coincident with receipt of the notice to commence weekly payments on the State Case, Keystone started this foreclosure action and I received notice of the commencement of this case.

7. Although I did speak to a lawyer after I received notice of this case, and did file an appearance, I did not fully understand that Keystone could foreclose on my home while I was making weekly payments on the judgment. I also did not understand that I had to file an answer to the complaint or risk having a default judgment enter against me. Had I understood that, I would have retained a lawyer and filed answer to the complaint.

8. I believe that there is no equity in my home and that it is inequitable for the court to enter a foreclosure of the Keystone's judgment lien. Although this

is not a consumer debt, since my debt to Keystone is as a guarantor of a commercial transaction, I would like an opportunity to request a stay of the foreclosure of my home as long as I continue to make weekly payments as ordered by the Superior Court.

9. For the above reasons, I am requesting that the default be reopened in order that my counsel be permitted to file a responsive pleading to the complaint and pursue a stay of this matter.

_____
Cynthia Trayner

Subscribed and sworn to before me on this 28th day of October 2003.

_____
Notary Public
My Commission Expires: 4/30/06

F:\USERS\BEH\Trayner\KeystoneLeasing\Affidavit.wpd