FILED

2003 NOV 17  P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>    Plaintiff | :<br>:<br>: |
| vs. | : CIVIL NO. 3:03CV1043 (SRU)<br>:<br>: |
| CYNTHIA TRAYNER<br>    Defendant | :<br>:<br>: OCTOBER 28, 2003 |

## REPLY TO OBJECTION TO SET ASIDE DEFAULT

The Defendant, Cynthia Trayner, submits this reply to the Plaintiff's Objection to Set Aside Default. The Plaintiff did not submit a memorandum of law with its objection, but Defendant will consider the argument made within the Objection as if it were a memorandum of law.

The Defendant would address several points raised by the Plaintiff:

1.   Plaintiff's counsel makes unsubstantiated statements within its Objection. These statements are unsupported by affidavit or other "evidence". See for example: (i) counsel's assertion of his conversation with Attorney Anthony Novak; (ii) counsel's statement regarding conversations allegedly had with Mr. Trayner; (iii) counsel's statement claim that a late filed appearance and answer was

prepared by an "erstwhile lawyers". Each and every one of these assertions are nothing more than unsupported allegations.

2. Plaintiff claims that the affidavit submitted in support of the Defendant's motion was unsigned. Defendant has submitted the signed affidavit, which is part of the Court's file in this case.

3. Plaintiff attacks the Defendant's affidavit with a great deal of needless hyperbole, but fails to address the key point of the Defendant's motion, that Plaintiff is foreclosing a judgment against property that it knows is without equity to pay its judgment. It does not contest the recitation of the appraisal and encumbrances, which come from the Plaintiff's own documents. Nor does the Plaintiff address the Defendant's assertion that there is no prejudice to the Plaintiff.

The Defendant has not made this motion to avoid payment of this debt. The Defendant has made this motion in an effort to save her home, and claims that the court should consider the lack of equity in the property in a determination of whether or not the Plaintiff should be permitted to foreclose this mortgage.

THE DEFENDANT

By_____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this ____ day of November, 2003 to all counsel and pro se parties:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT 06813-2809

By_____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557

F:\USERS\BEH\Trayner\KeystoneLeasing\Reply to Objection.wpd