FILED

2003 DEC -8 P 12: 22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING
    Plaintiff

- against -

CYNTHIA TRAYNER
    Defendant

CIVIL NO. 303CV1043 SRU

DECEMBER 5, 2003

------------------------------------------------------------X

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the Plaintiff, K.L.C., INC., KEYSTONE LEASING, as an amendment to my previous appearance, *noting my new address.*

THE PLAINTIFF

By _____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
Tel.: 203.748.4888
Fax: 203.748.6510
Federal Bar No. ct02254

## CERTIFICATION

    I hereby certify that on the 5th day of December, 2003, I mailed a copy of the foregoing to the following:

Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT 06255

Mark E. Block, Esquire
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360

By _____
Christopher G. Winans