TOTAL TIME: ___ hours **30** minutes  
DEPUTY CLERK **Montz**  
HONORABLE **Stephan Underhill**  
RPTR/ERO/TAPE **Catucci**

DATE **12-15-03**  START TIME **2:05**  END TIME **2:35**  
LUNCH RECESS FROM ___ TO ___  
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:03cv1043 (SRU)**

**KLC, Inc**
vs.
**Trayner**

Plaintiffs Counsel: **Christopher Winans**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Mark Block**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| ☑ | #8 | Motion **for JmT** | ☐ granted ☐ denied ☑ advisement |
| ☑ | #14 | Motion **To Set Aside Default** | ☐ granted ☐ denied ☑ advisement |

Parties to Report back week of Jan. 5th 2004

___ Hearing continued until ___ at ___