UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING
    Plaintiff

- against -

CYNTHIA TRAYNER
    Defendant

CIVIL NO. 303CV1043 SRU

JANUARY 21, 2003

-------------------------------------------------------X

### ORDER RE: PLAINTIFF'S MOTION FOR JUDGMENT OF STRICT FORECLOSURE

On motion of the Plaintiff, the following order shall enter:

1. A judgment of strict foreclosure shall enter with a law day of June 1, 2004, for the owner of the equity of redemption.

2. The Plaintiff's debt is found to be $104,030.47.

3. The value of the subject property is found to be $155,000.

4. A reasonable appraiser's fee of $300.00 is awarded as is a title search fee of $150.00.

5. Reasonable attorney's fees are awarded in the amount of $2,800.00.

So ordered:

_____
Underhill, USDJ     2/4/04