*03cv1043motset*

*14/28*

Denied, in the absence of a meritorious defense. *[illegible]* 2/4/04

So ordered.

2003 *[illegible]* 29 A 10:30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

K.L.C., INC., KEYSTONE LEASING :
    Plaintiff :
: CIVIL NO. 303CV1043 SRU
vs. :
:
CYNTHIA TRAYNER :
    Defendant :
: OCTOBER 28, 2003

### MOTION TO SET ASIDE DEFAULT

The Defendant, Cynthia Trayner, moves this honorable court to set aside the default entered against her on September 23, 2003 and permit her to respond to the Plaintiff's complaint, including a motion to stay these proceedings.

Good Cause, within the meaning of Rule 55(c) of the Federal Rules of Civil Procedure exists for the setting aside of the default in this action as more fully set forth in the supporting Memorandum of Law and Affidavit of Cynthia Trayner.

THE DEFENDANT

By_____
Mark E. Block for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
ct 06557