FILED

2003 OCT 16 P 2:31

U.S.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING  
    Plaintiff

- against -

CYNTHIA TRAYNER  
    Defendant

------------------------------------------------X

CIVIL NO. 303CV1043J SRU

OCTOBER 14, 2003

## MOTION FOR JUDGMENT OF STRICT FORECLOSURE

Following the default entered September 23, 2003 by the court, the Plaintiff, K.L.C., INC., KEYSTONE LEASING, respectfully moves that a judgment of strict foreclosure enter. Attached to this motion are the Plaintiff's:

➢ Affidavit of Debt;

➢ Affidavit of Attorney's Fees; and

➢ Appraisal report and affidavit of appraiser.

MOTION GRANTED.

SO ORDERED.

Stefan R. Underhill, U.S.D.J.