FILED

2004 MAR -8  P 12: 00

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
                                                             :
K.L.C., INC., KEYSTONE LEASING                               :
        Plaintiff                                            :
                                                             :
- against -                                                  :        CIVIL NO. 303CV1043 SRU
                                                             :
CYNTHIA TRAYNER                                              :
        Defendant                                            :
                                                             :        MARCH 1, 2004
-------------------------------------------------------------X

## MOTION FOR BOND PENDING APPEAL

The Plaintiff, K.L.C., INC., KEYSTONE LEASING, moves pursuant to FRAP 7

that the appealing Defendant, CYNTHIA TRAYNER, post a bond (or other security) for

costs.

THE PLAINTIFF

By_____
        Christopher G. Winans, Esquire
        P.O. Box 2809
        Danbury, CT  06813-2809
        Tel:  203.748.4888
        Juris No. 306545
        ct C2254

## CERTIFICATION

I certify that a copy of the above was mailed March 1, 2004, to all counsel and pro se parties of record:

Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT  06255

Lloyd L. Langhammer, Esquire
Mark E. Block, Esquire
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT  06360

By_____
Christopher G. Winans