FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

K.L.C., INC., KEYSTONE LEASING

       v.                      CIVIL CASE NO. 3:03CV1043 (SRU)

CYNTHIA TRAYNER

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), <u>Cynthia Trayner</u> hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
Court's Order re: Granting of Plaintiff's Motion for Judgment of Strict Foreclosure; and Court's Order re: Denying Defendant's Motion to Set Aside Default

2. The Judgment/Orders in this action was entered on February 4, 2004.
                                                               (date)

_____
Signature

Lloyd L. Langhammer
**Print Name**
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
ct01508                       Norwich, CT   06360
**Address**

Date: 2/26/04                          (860) 889-3855
                                               **Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).