FILED

2004 FEB 27 A 10: 09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>    Plaintiff | : <br> : <br> :   CIVIL NO. 3:03CV1043 (SRU) |
| vs. | : <br> : |
| CYNTHIA TRAYNER<br>    Defendant | : <br> : <br> :   FEBRUARY 26, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the Appearance of Lloyd L. Langhammer of O'Brien, Shafner, Stuart, Kelly & Morris, 138 Main Street, Norwich, Connecticut, as counsel for the Defendant, Cynthia Trayner.

Dated at Norwich, Connecticut this 26th day of February 2004.

                          THE DEFENDANT

                          By_____
                          Lloyd L. Langhammer for O'Brien,
                          Shafner, Stuart, Kelly & Morris, P. C.
                          138 Main Street
                          P. O. Box 310
                          Norwich, CT 06360
                          (860) 889-3855
                          ct 01508

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 26th day of February 2004 to the following:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT 06813-2809

Mark E. Block, Esquire
O'Brien, Shafner, Stuart,
  Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360

By _____
Lloyd L. Langhammer for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 01508

F:\USERS\BEH\Trayner\KeystoneLeasing\Appearance-LLL.wpd