FILED

2004 MAR 18 P 12: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **K.L.C., INC., KEYSTONE LEASING**<br>**Plaintiff** | : | |
| | : | |
| vs. | : | **CIVIL NO. 3:03CV1043 (SRU)** |
| | : | |
| **CYNTHIA TRAYNER**<br>**Defendant** | : | |
| | : | **MARCH 17, 2004** |

## APPLICATION FOR STAY PENDING APPEAL
## AND TO WAIVE BOND REQUIREMENTS

The Defendant, Cynthia Trayner, moves this honorable court to issue a stay

pending appeal and to waive any bond requirement. In support of said application

the Defendant represents as follows:

1.      This honorable court on February 4, 2004 granted Plaintiff's Motion

for Judgment of Strict Foreclosure and set a Law Day of June 1, 2004.

2.      The court set a Law Day of June 1, 2004 for the owner of the equity

of redemption.

3.      On February 27, 2004 the Defendant took an appeal to the Second

Circuit Court of Appeals. Said appeal is pending before said honorable court.

4.      Said application is being made pursuant to F.R.C.P. 62.

5.      The Defendant maintains that according to F.R.C.P. Rule 26(f) the

Defendant is entitled to a stay of execution inasmuch as it would be accorded the

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

judgment debtor had the action been maintained in the Superior Court for the State of Connecticut. See, Connecticut Practice Book Section 61-11(a). Said section provides in pertinent part as follows: "If an appeal is filed, such proceeding shall be stayed until the final determination of the cause". This section applies to mortgage foreclosures. <u>Hartford Nat'l Bank and Trust Co. v. Tucker</u>, 181 Conn. 296 (1980); <u>Farmers and Mechanics Savings Bank v. Sullivan</u>, 216 Conn. 341 (1990).

6.     Additionally, the Defendant submits that it is not being harmed inasmuch as at the current time there is no equity in the property.

7.     The Defendant continues to pay the mortgage payments and on information and belief continues to make the weekly ordered payments arising from the original judgment.

8.     This Court has discretion to determine the amount of any bond. In light of the lack of equity the defendant moves that the bond requirement be waived.

THE DEFENDANT

By_____

Lloyd L. Langhammer for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
138 Main Street
Post Office Box 310
Norwich, CT 06360
ct 01508

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 17th day of March 2004 to the following:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT  06813-2809

Ms. Cynthia Trayner
13 Westside Drive, #94
N. Grosvenordale, CT 06255

By _____
   Lloyd L. Langhammer for O'Brien, Shafner,
   Stuart, Kelly & Morris, P.C.
   ct 01508

F:\USERS\BEH\Trayner\KeystoneLeasing\Motion for Stay.wpd