motbnd

24

FILED

2004 MAR -8  P 12: 00

UNITED STATES DISTRICT COURT    US DISTRICT COURT
DISTRICT OF CONNECTICUT         BRIDGEPORT CT

-----------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING
   Plaintiff

Cs

- against -                         CIVIL NO. 303CV1043 SRU

CYNTHIA TRAYNER
   Defendant

MARCH 1, 2004

-----------------------------------------------------------X

## MOTION FOR BOND PENDING APPEAL

The Plaintiff, K.L.C., INC., KEYSTONE LEASING, moves pursuant to FRAP 7 that the appealing Defendant, CYNTHIA TRAYNER, post a bond (or other security) for costs.

2004 APR -6  P 3: 24
U.S. DISTRICT COURT
BRIDGEPORT, CONN.
FILED

THE PLAINTIFF

By_____
Christopher G. Winans, Esquire
P.O. Box 2809
Danbury, CT  06813-2809
Tel:  203.748.4888
Juris No. 306545

ct 02254

MOTION DENIED.

SO ORDERED.
Stefan R. Underhill, U.S.D.J.