FILED

2004 MAR 18 P 12: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>Plaintiff<br><br>vs.<br><br>CYNTHIA TRAYNER<br>Defendant | CIVIL NO. 3:03CV1043 (SRU)<br><br><br>MARCH 17, 2004 |

### APPLICATION FOR STAY PENDING APPEAL
### AND TO WAIVE BOND REQUIREMENTS

The Defendant, Cynthia Trayner, moves this honorable court to issue a stay pending appeal and to waive any bond requirement. In support of said application the Defendant represents as follows:

1.  This honorable court on February 4, 2004 granted Plaintiff's Motion for Judgment of Strict Foreclosure and set a Law Day of June 1, 2004.

2.  The court set a Law Day of June 1, 2004 for the owner of the equity of redemption.

3.  On February 27, 2004 the Defendant took an appeal to the Second Circuit Court of Appeals. Said appeal is pending before said honorable court.

4.  Said application is being made pursuant to F.R.C.P. 62.

5.  The Defendant maintains that according to F.R.C.P. Rule 26(f) the Defendant is entitled to a stay of execution inasmuch as it would be accorded the

MOTION GRANTED.
SO ORDERED.