FILED

2004 MAY -3  P 3: 44

UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT, CONN

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING<br>    Plaintiff | : <br> : <br> : |
| vs. | :    CIVIL NO. 3:03CV1043 (SRU) <br> : <br> : |
| CYNTHIA TRAYNER<br>    Defendant | : <br> :    APRIL 27, 2004 |

## BOND FOR COST

We, CYNTHIA TRAYNER, as principal, and RICHARD TRAYNER, as surety, are held and firmly bound to K.L.C., INC., KEYSTONE LEASING, plaintiff above named, in the sum of FIVE HUNDRED AND NO/100 DOLLARS ($500.00), to be paid to said plaintiff or its successors or assigns, to which payment well and truly to be, we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

On February 4, 2004, in the above entitled and numbered action between K.L.C., INC., KEYSTONE LEASING, plaintiff and CYNTHIA TRAYNER, defendant, the United States District Court rendered judgment and entered an order against Cynthia Trayner, defendant and said defendant has taken an appeal therefrom to the United States Court of Appeals for the Second Circuit.

The condition of the above obligation is that if the above-named principal shall pay all costs if such appeal is finally dismissed or the judgment is affirmed, or pay such costs as the Court of Appeals may direct if the judgment is modified, the above obligation shall be void; otherwise it shall remain in full force and effect.

Dated: April 30th, 2004

_____
Cynthia Trayner, as principal

_____
Richard Trayner, as surety

STATE OF CONNECTICUT    )
                        ) ss. Killingly
COUNTY OF Windham       )

On this the 30th day of April 2004, before me, the undersigned officer, personally appeared Cynthia Trayner, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained, as her free act and deed.

_Patricia Grantham_
Notary Public:
My Commission Expires: 4-30-06

STATE OF CONNECTICUT    )
                        ) ss. Killingly
COUNTY OF Windham       )

On this the 30th day of April 2004, before me, the undersigned officer, personally appeared Richard Trayner, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained, as his free act and deed.

_Patricia Grantham_
Notary Public:
My Commission Expires: 4-30-06

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Bond for Cost has been mailed, postage prepaid on this 30th day of April 2004 to the following:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT 06813-2809

Mark E. Block, Esquire
O'Brien, Shafner, Stuart,
  Kelly & Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360

By _____
Lloyd L. Langhammer for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
(860) 889-3855
ct 01508