```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

KLC, Inc, Keystone Leasing

V.                              Case Number:  3:03cv1043(SRU)

Cynthia Trayner

```
                       ORDER RE: SECURITY BOND
                       -----------------------
```

The defendant(s):

                        Cynthia Trayner

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at Bridgeport, Connecticut, May 5, 2004.

                        KEVIN F. ROWE, CLERK

                    By:  _____
                         Tiffany R. Beverley
                         Deputy Clerk