UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING : CIVIL NO.   3 03 CV1043 SRU

- against -

CYNTHIA TRAYNER : JUNE 17, 2004
------------------------------------------------------------X

### MOTION FOR ENTRY OF JUDGMENT OF STRICT FORECLOSURE

The Plaintiff, K.L.C., INC., KEYSTONE LEASING, moves that a *judgment* of strict foreclosure enter in this case pursuant to FRCP 54(a). The court previously entered an *order* granting the Plaintiff's Motion for Judgment on February 4, 2004. No Rule 54 judgment ever entered, however. As such, the Plaintiff seeks the entry of judgment with a new law day of sixty days from the date of its entry.

THE PLAINTIFF

By_____
Christopher G. Winans
100 Mill Plain Road – 4th Floor
PO Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. CT 02254

**CERTIFIFCATION**

I hereby certify that a copy of the above was mailed June 17, 2004, to all counsel and pro se parties of record:

Mark E. Block, Esq.
O'Brien, Shafner, Stuart, Kelly & Morris, PC
138 Main Street
PO Box 30
Norwich, CT 06360

By _____
Christopher G. Winans