## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING : <br>     Plaintiff : <br> : <br> vs. : <br> : <br> CYNTHIA TRAYNER : <br>     Defendant : <br> : | CIVIL NO. 3:03CV1043 (SRU) <br> USCA NO. 04-1404-cv <br><br> JULY 1, 2004 |

### INDEX TO THE RECORD ON APPEAL

No. of Pages

Cert. Copy of docket sheet

Document No.

| | |
|---|---|
| Complaint, doc. #1 | 1 |
| Motion b KLC, Inc. Keystone for Entry of Default as to Cynthia Trayner, doc #5 | 2 |
| Pro Se Appearance by Cynthia Trayner, doc #6 | 3 |
| Endorsement granting [5-1] motion for Entry of Default as to Cynthia Trayner Default entered as to Cynthia Trayner, doc #6, item 3 | 4 |
| Motion for Judgment Of Strict Foreclosure by KLC, Inc. Keystone Leasing, doc #8 | 5 |
| Motion to Set Aside Default by Cynthia Trayner. (Attachments: #1 Memorandum In Support #2 Memorandum In Support -1), doc #14 | 6 |

| | |
|---|---|
| Affidavit re 14 Motion to Set Aside Default Signed by Cynthia Trayner filed by Cynthia Trayner, doc #15 | 7 |
| Reply to Response to 14 Motion to Set Aside Default filed by Cynthia Trayner, doc #17 | 8 |
| Response/Proposed Orders re 19 Motion Hearing, filed by Cynthia Trayner, doc #20 | 9 |
| Order granting 8 Motion for Judgment. Judgment of Strict Foreclosure to enter on 6/1/04, doc #21 | 10 |
| Endorsement Order denying 14 Motion to Set Aside Default - Signed by Judge Stefan R. Underhill on 2/5/04, doc #22 | 11 |
| Endorsement Order granting 8 Motion for Judgment filed by KLC, Inc. Keystone Leasing. Signed by Judge Stefan R. Underhill on 2/4/04, doc #23 | 12 |
| Corrected pdf re 22 Order on Motion to Set Aside Default, doc 23, item 2 | 13 |
| Notice of Appeal as to 22 Order on Motion to Set Aside Default, 23 Order by Cynthia Trayner, doc #25 | 14 |
| Clerk's Certificate | 15 |

THE DEFENDANT


By_____
    Lloyd L. Langhammer for O'Brien, Shafner,
    Stuart, Kelly & Morris, P.C.
    138 Main Street
    Post Office Box 310
    Norwich, CT 06360
    ct 01508

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Index to the Record on Appeal has been mailed, postage prepaid on this 1st day of July 2004 to the following:

Christopher G. Winans, Esquire
Sullivan, Biraglia, Winans & Eberhard
24 Shelter Rock Road
P. O. Box 2809
Danbury, CT  06813-2809


By_____
    Lloyd L. Langhammer for O'Brien, Shafner,
    Stuart, Kelly & Morris, P.C.
    ct 01508