UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| K.L.C., INC., KEYSTONE LEASING : | |
|    Plaintiff : | |
| : | CIVIL NO. 3:03CV1043 (SRU) |
| vs. : | |
| : | |
| CYNTHIA TRAYNER : | |
|    Defendant : | |
| : | SEPTEMBER 29, 2004 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned attorneys Mark E. Block and Lloyd L. Langhammer move for permission to Withdraw their Appearances in the above-referenced matter. In support of said Motion, the undersigned attorneys represent as follows:

    1.    There has been a breakdown in communication between the attorneys and client and as such the client's interest would be best served through representation by other counsel; and

    2.    The defendant Cynthia Trayner has previously appeared pro se so the withdrawal of the appearances by the undersigned will not prejudice her or the plaintiff.

COUNSEL TO THE DEFENDANT

_____
Mark E. Block

_____
Lloyd L. Langhammer for O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
Post Office Box 310
Norwich, CT 06360
ct 01508

## Certification

      I hereby certify that a copy of the foregoing was mailed, postage prepaid on September 29, 2004 to the following:

Christopher G. Winans, Esquire
Burrell & Winans
100 Mill Plain Road - 4th Floor
P. O. Box 2809
Danbury, CT  06813-2809

and Certified Mail - Return Receipt
Requested 7001 2510 0006 7655 4900
Mrs. Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT 06255

                                            _____
                                                Lloyd L. Langhammer
                                          Commissioner of the Superior Court

## NOTICE OF MOTION TO WITHDRAW

TO:    CYNTHIA TRAYNER

This is to notify you, pursuant to Practice Book §3-10 that:

(1) The law firm is filing a motion which seeks the court's permission to no longer represent you in the above-captioned case.

(2) If you wish to be heard on this motion, you should contact the clerk's office to find out the date and time of the hearing.

(3) You may appear in court on the hearing date and address the court concerning the motion.

(4) If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court.

(5) If you do not either obtain a new attorney or file an appearance on your own behalf with the court, you will not receive notice of court proceedings in the case and a nonsuit or default judgment may be rendered against you.

Respectfully submitted,

_____

Mark E. Block

_____

Lloyd L. Langhammer, for
O'Brien, Shafner, Stuart,
  Kelly & Morris, P.C.

**Certification**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid on September 29, 2004 to the following:

Christopher G. Winans, Esquire
Burrell & Winans
100 Mill Plain Road - 4th Floor
P. O. Box 2809
Danbury, CT  06813-2809

and Certified Mail - Return Receipt
Requested 7001 2510 0006 7655 4900
Mrs. Cynthia Trayner
13 Westside Drive, Unit #94
North Grosvenordale, CT 06255

               _____
                 Lloyd L. Langhammer
               Commissioner of the Superior Court