# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 27th day of September, two thousand and five.

Before:      Hon. John M. Walker, Jr., *Chief Judge*
               Hon. Richard J. Cardamone,
                       *Circuit Judges*
               Hon. Richard Owen*,
                       *District Judge*

(Seal: UNITED STATES COURT OF APPEALS FILED SEP 2 7 2005 Roseann B. MacKechnie, SECOND CIRCUIT)

Docket No. 04-1404-cv

---

KLC, Inc., Keystone Leasing,

                     <u>Plaintiff-Appellee</u>,

- v.-

Cynthia Trayner,,

                     <u>Defendant-Appellant</u>,

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is REVERSED and REMANDED for in accordance with the opinion of this court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

---

\* Hon. Richard Owen, United States District Court for the Southern District of New York, sitting by designation.

ISSUED AS MANDATE: OCT 1 8 2005