UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

K.L.C., INC., KEYSTONE LEASING
    Plaintiff

- against -                                            CIVIL NO. 303CV10439 (SRU)

CYNTHIA TRAYNER
    Defendant

                                                                                              JANUARY 25, 2006

------------------------------------------------------------X

**MOTION FOR STAY**

The Plaintiff moves that the action be stayed pursuant to 11 USC §362 as the Defendant has filed a bankruptcy petition, Case #05-21797, Hartford Division, Connecticut.

                                                    THE PLAINTIFF

                                                    By_____
                                                      Christopher G. Winans, Esquire
                                                      100 Mill Plain Road, 4th Floor
                                                      P.O. Box 2809
                                                      Danbury, CT 06813-2809
                                                     Tel.: 203.748.4888
                                                     Fax: 203.748.6510
                                                     Federal Bar No. ct02254

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
:
K.L.C., INC., KEYSTONE LEASING :
    Plaintiff :
:
- against - :    CIVIL NO. 303CV10439 (SRU)
:
CYNTHIA TRAYNER :
    Defendant :
:    JANUARY 25, 2006
:
------------------------------------------------------------X

## CERTIFICATION

    I hereby certify that on January 25, 2006, a copy of the foregoing Motion for Stay served by mail on the following parties of record:

Mark E. Block, Esquire
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
P.O. Box 30
Norwich, CT  06360

By _____
    Christopher G. Winans, Esquire
    100 Mill Plain Road, 4th Floor
    P.O. Box 2809
    Danbury, CT  06813-2809
    Tel.:  203.748.4888
    Fax: 203.748.6510
    Federal Bar No. ct02254