UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KLC, INC, KEYSTONE LEASING | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:03cv1043 (SRU) |
| CYNTHIA TRAYNER | : | |

## ORDER OF DISMISSAL

Due to the filing of bankruptcy proceedings by the defendant, Cynthia Trayner, this case has been stayed since January, 2006.

In consideration of this action's current status, and consistent with court policies regarding "statistical closing" of cases stayed pending bankruptcy, this case is hereby DISMISSED without prejudice to its pursuit in the United States Bankruptcy Court and without prejudice to re-opening of this case upon motion.

It is so ordered.

Dated at Bridgeport this 1st day of February 2006.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge